UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**LUIS ANGEL REYES ROMAN**                     CASE NO. 1:25-cv-1507 SEC P

-vs-                                                                JUDGE DRELL

**KEITH DEVILLE ET AL**                         MAGISTRATE JUDGE PEREZ-MONTES

## MINUTE ENTRY

The Subpoena ad Testificandum and Hearing scheduled for January 28, 2026 is hereby CANCELLED.

SIGNED this 27th day of January 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT